

FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 23 2013

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J. BOYD PAGE, Receiver for Coadum Advisors, Inc., Mansell Capital Partners III, LLC, Coadum Capital Fund 1, LLC, Coadum Capital Fund II, LP, Coadum Capital Fund III, LP, and Mansell Acquisition Company, LP,<br><br>    Plaintiff,<br><br>v.<br><br>GRAFTON ENTERPRISES MIDWAY LLC and BENJAMIN HOWARD,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.<br>1:09-CV-2799-ODE |

### [PROPOSED] ORDER APPROVING RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH GRAFTON ENTRPRISES, LLC, GRAFTON ENTERPRISES MIDWAY LLC and BENJAMIN HOWARD

J. Boyd Page, the Receiver appointed in this action, ("Receiver") has filed a Motion to Approve Settlement with Grafton Enterprises, LLC, Grafton Enterprises Midway, LLC and Benjamin Howard ("Motion"). It appearing to this Court that the proposed settlement is in the best interest of the Receivership estate, the Receiver's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the settlement is approved by the Court and the Receiver on behalf of the Receivership estate can perform all necessary functions to effectuate the terms of the settlement.

So ORDERED, this 22 day of April, 2013.

Orinda D. Evans
United States District Judge

Proposed Order Prepared By:

Pratt Davis
Georgia Bar No. 212335
Page Perry, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30338
(770) 673-0047
(770-673-0120- facsimile
phdavis@pageperry.com